UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Tania Corfey and Sabrina Corfey,<br>    *Plaintiffs*,<br><br>    v.<br><br>Rainbow Diner of Danbury d/b/a Three Brothers Diner, *et al*,<br>    *Defendants*. | Civil No. 3:09cv858 (JBA)<br><br><br><br>October 15, 2010 |

SCHEDULING ORDER

Ruling having issued this date, the following schedule is ordered:

1. The parties' Joint Trial Memorandum will be filed by November 5, 2010.

2. A pre–trial conference will be held on November 8, 2010 at 9:30 a.m. in Courtroom Two.

3. Jury selection will be held on November 10, 2010 at 9:00 a.m. in Courtroom Two.

4. Trial will commence November 15, 2010.

5. The parties are referred to Magistrate Judge Margolis for a settlement conference.

IT IS SO ORDERED.

/s/
_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 15th day of October, 2010.