UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Corfey,<br>    *Plaintiff,*<br><br>    *v.*<br><br>Rainbow Diner,<br>    *Defendant.* | Civil No. 3:09cv858 (JBA) |

ORDER OF REFERRAL

The parties are referred to Magistrate Judge Margolis for the purpose of conducting a settlement conference

IT IS SO ORDERED.

/s/ _____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: <u>October 15, 2010</u>